

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,  
Clerk

Office of the Clerk

February 5, 2010

Jesse Lanshe  
Flava Works, Inc.  
933 W. Irving Pk. Rd.  
Ste. C  
Chicago, IL 60613

**FILED**

FEB 1 2 2010

Feb 12 2010  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

Re: **Flava Works, Inc. v. Wyche et al**  
**USDC No. 10-cv-748**

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required: Please see attached Schedule A

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,  
Michael W. Dobbins, Clerk

By: *Kinielle Johnson*  
Deputy Clerk

## Schedule A – Copyright Information Re: Flava Works, Inc. v. Wyche

| Copyright Registration Number | Date | Holder |
|---|---|---|
| PA0001635732 | 2008 | Flava Works, Inc. |
| PA0001635777 | 2008 | Flava Works, Inc. |
| PA0001635734 | 2008 | Flava Works, Inc. |
| CSN0148498 | 2006 | Flava Works, Inc. |
| CSN0148498 | 2005 | Flava Works, Inc. |
| PA0001315877 | 2006 | Flava Works, Inc. |
| PA0001316802 | 2005 | Flava Works, Inc. |
| PA0001315909 | 2005 | Flava Works, Inc. |
| PA0001635771 | 2008 | Flava Works, Inc. |
| PA0001635924 | 2008 | Flava Works, Inc. |
| PA0001635768 | 2008 | Flava Works, Inc. |
| PA0001635772 | 2008 | Flava Works, Inc. |
| PA0001635916 | 2008 | Flava Works, Inc. |
| PA0001635774 | 2008 | Flava Works, Inc. |
| PA0001294214 | 2005 | Flava Works, Inc. |
| PA0001294212 | 2005 | Flava Works, Inc. |
| PA0001294217 | 2005 | Flava Works, Inc. |
| PA0001295163 | 2005 | Flava Works, Inc. |
| PA0001298415 | 2005 | Flava Works, Inc. |
| PA0001298397 | 2005 | Flava Works, Inc. |
| PA0001298401 | 2005 | Flava Works, Inc. |
| PA0001298403 | 2005 | Flava Works, Inc. |
| CSN0148499 | 2005 | Flava Works, Inc. |
| PA0001294208 | 2005 | Flava Works, Inc. |
| PA0001294209 | 2005 | Flava Works, Inc. |
| PA0001294213 | 2005 | Flava Works, Inc. |
| PA0001294215 | 2005 | Flava Works, Inc. |
| PA0001294207 | 2005 | Flava Works, Inc. |
| PA0001295164 | 2005 | Flava Works, Inc. |
| PA0001294210 | 2005 | Flava Works, Inc. |
| PA0001294216 | 2005 | Flava Works, Inc. |
| PA0001294211 | 2005 | Flava Works, Inc. |