# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Flava Works, Inc.

                      Plaintiff,

v.                                     Case No.: 1:10–cv–00748
                                          Honorable Joan B. Gottschall

TaRon Brandon Wyche, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 2, 2011:

      MINUTE entry before Honorable Joan B. Gottschall: Show cause hearing held on 3/2/2011. Defendant, TaRon Wyche failed to appear. Plaintiff to submit draft order to the court as to the terms stated of record. Defendant's motion to dismiss for lack of personal jurisdiction pursuant to FRCP 12(b)(2) [49] is taken under advisement. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.